IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: McCorkell, Levi

Printed: 11/25/08

Case Number: 05 B 04606
Judge: Goldgar, A. Benjamin
Filed: 2/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 20, 2008
Confirmed: April 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,118.00 |  |
| Secured: |  | 10,539.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 578.09 |
| Other Funds: |  | 0.00 |
| Totals: | 11,118.00 | 11,118.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | American Home Mortgage Servicing | Secured | 12,753.00 | 10,539.91 |
| 3. | Resurgent Capital Services | Unsecured | 1,214.69 | 0.00 |
| 4. | Capital One | Unsecured |  | No Claim Filed |
| 5. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 6. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 7. | Macey & Aleman | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,967.69 | $ 10,539.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 0.00 |
| 3% | 24.84 |
| 5.5% | 170.50 |
| 5% | 54.00 |
| 4.8% | 103.68 |
| 5.4% | 155.52 |
| 6.5% | 69.55 |
|  | $ 578.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   McCorkell, Levi

Printed: 11/25/08

Case Number:  05 B 04606
Judge:  Goldgar, A. Benjamin
Filed:  2/11/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

